UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORIKO O. MORROW and BRIAN MORROW, wife and husband and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA (Safeco Insurance Company),<br><br>Defendant. | NO:  2:14-CV-347-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 24. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 24**, is **APPROVED**. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1     3. All scheduled court hearings, if any, are **STRICKEN**.

2     The District Court Clerk is directed to enter this Order, provide copies to

3  counsel, and **close this case**.

4     **DATED** this 9th day of September 2015.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2